**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:        Weylin Alford v. The State of Texas

Appellate case number:   01-14-00822-CR

Trial court case number:  1404673

Trial court:                      177th District Court of Harris County

Date motion filed:           September 14, 2015

Party filing motion:         Appellant

   Appellant Weylin Alford's motion for rehearing is **DENIED.**

   Appellant's petition for discretionary review, if any, must be filed with the Court of Criminal Appeals within 30 days of the date of this order. *See* TEX. R. APP. P. 68.2(a). "The Court of Criminal Appeals may extend the time to file a petition for discretionary review if a party files a motion complying with Rule 10.5(b) no later than 15 days after the last day for filing the petition." TEX. R. APP. P. 68.2(c).

Judge's signature: /s/ Russell Lloyd
                              Acting for the Court

Panel consists of: Justices Keyes, Huddle, and Lloyd

Date:  October 8, 2015